IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOE LOUIS SIMPKINS, II,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. **05-795-JLF** |
| | ) |
| **RANDY DAVIS ,** | ) |
| | ) |
| Respondent. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner's Motion in Objection to Memorandum and Order in Referral of Matter to U.S. Magistrate Judge. **(Doc. 8)**.

Petition states that he "motions the court in objection to" Judge Foreman's order referring this case to the undersigned for pre-trial proceedings. The referral is made pursuant to **SDIL-LR 72.1(a)(2)** and **28 U.S.C. §636(b)**. The motion does not state what relief petitioner desired from the Court. In any event, there is no basis for an objection to such a referral. This is *not* a referral for the entry of final judgment and does not require the consent of the parties.

Upon consideration and for good cause shown, petitioner's Motion in Objection to Memorandum and Order in Referral of Matter to U.S. Magistrate Judge **(Doc. 8)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: May 9, 2006.**

 s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**